IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00164-PAB-MJW

MARK PERKINS,

Plaintiff,

v.

NORTHERN PLAINS TRUCKING, L.L.C., a Colorado limited liability corporation, and COMPLETE ENERGY SYSTEMS, INC., a Delaware corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Notice of Tentative Settlement and Joint Motion to Vacate or Reschedule Scheduling/Planning Conference (Docket No. 26) is **GRANTED in part** and **DENIED in part**. The motion is granted to the extent it asks the Court to reset the Scheduling Conference to a later date.

It is further **ORDERED** that the Scheduling Conference set on April 6, 2016 at 10:00 a.m. is **VACATED** and **RESET** on **May 10, 2016 at 10:30 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The proposed Scheduling Order shall be filed on or before **May 3, 2016**.

Date: March 30, 2016